MARTIN M. STONE, Appellant, *v.* UNITED STATES TITLE GUARANTY AND INDEMNITY COMPANY, Respondent.

*Stone* v. *U. S. Title Guaranty & Indemnity Co.*, 159 App. Div. 679, affirmed.

(Submitted February 3, 1916; decided February 22, 1916.)

APPEAL from a judgment, entered December 31, 1913, upon an order of the Appellate Division of the Supreme Court in the first judicial department, reversing a judgment in favor of plaintiff entered upon a verdict and directing a dismissal of the complaint. The complaint alleges that plaintiff and defendant entered into a contract whereby it was agreed between them that defendant would sell to plaintiff and plaintiff would purchase from defendant the junior interest of $12,500 in a mortgage affecting premises in the city of New York, at the purchase price of $10,300. The mortgage was made to secure the principal sum of $75,000, the senior interest being $62,500 and the junior interest $12,500. The complaint then alleges. that plaintiff performed in full on his part and repeatedly offered to receive the assignment of the junior interest in said mortgage; that on January 3, 1910, plaintiff duly tendered to defendant the agreed sum of $10,300 for the purchase of said junior interest of

$12,500 in the mortgage and requested defendant to deliver an assignment of said junior interest, but that defendant refused. The answer is a denial of all of the material allegations of the complaint.

*Aaron W. Levy* and *J. Maurice Wormser* for appellant.

*Benjamin Reass, Hugo Hirsh* and *Emanual Newman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, HOGAN, CARDOZO and SEABURY, JJ.